UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheila Dejesus,

                 Plaintiff,

-against-

Noah W. Kreider & Sons, LLP, et al.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

1:19-cv-08740 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone call with the parties held today, and for the reasons stated on the record, it is ORDERED that expert and fact discovery is extended until Friday, May 29, 2020. No further extensions will be granted absent exigent circumstances and then only for a limited purpose.

**SO ORDERED.**

DATED:    New York, New York
               March 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge