UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheila Dejesus,

                Plaintiff,

-against-

Noah W. Kreider & Sons, LLP, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

1:19-cv-08740 (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, March 9, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties shall come with settlement authority, and if the clients and/or insurance carrier cannot attend in person, they shall be available by telephone. The parties shall submit *ex parte* letters via email to Aaron_NYSDChambers@nysd.uscourts.gov no later than Sunday, March 8, 2020.

**SO ORDERED.**

DATED:    New York, New York
               March 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge