USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sheila Dejesus,<br><br>                Plaintiff,<br><br>-against-<br><br>Noah W. Kreider & Sons, LLP et al.,<br><br>                Defendants. | 1:19-cv-08740 (SDA)<br><br>**ORDER OF DISMISSAL** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a settlement conference held today before the undersigned, at which the parties resolved their claims, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
              March 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge